CLARENCE FILLIS, Appellant, *v.* GEORGE W. WAHLIG et al., Individually and as Copartners Under the Name of PARK SERVICE STATION, Respondents.

Submitted May 22, 1944; decided July 19, 1944.

*William A. Hyman* and *Harold W. Hayman* for appellant.
*John G. Reilly* and *Thomas A. Clarke* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.